HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOSEPH L. HUGHES,<br><br>                Plaintiff,<br>v.<br><br>LOWE DESTINATION DEVELOPMENT, INC., a Washington company; LDD EASTON RIDGE MANAGEMENT, INC., a Washington company; and SUNCADIA, LLC, a Washington company,<br>                Defendants. | CASE NO. 2:08-CV-01810 RAJ<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**[Clerk's Action Required]** |

TO:         Joseph L. Hughes, Plaintiff

AND TO:    Donald W. Heyrich and Patrick L. McGuigan, Attorneys for Plaintiff

AND TO:    Clerk of the Court

    PLEASE TAKE NOTICE that Barry Alan Johnsrud, of Jackson Lewis LLP, hereby withdrawals as attorney for the defendants in the above matter.

    This Notice of Withdrawal of Counsel will be effective immediately without further notice.

///

//

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No.: 2:08-CV-01810 RAJ

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  DATED this 5th day of March, 2009.

2                                      JACKSON LEWIS LLP

4                                      /s/ Barry Alan Johnsrud
                                       Barry Alan Johnsrud, WSBA #21952
                                       Bryan P. O'Connor, WSBA #23867
5                                      600 University Street, Suite 2900
                                       Seattle, WA  98101
6                                      Telephone:  206-405-0404
                                       Fax:  206-405-4450
7                                      E-mail:  johnsrudb@jacksonlewis.com
                                       E-mail:  oconnorb@jacksonlewis.com

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No.:  2:08-CV-01810 RAJ

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Donald W. Heyrich
Patrick L. McGuigan
Law Offices of Donald W. Heyrich, PLLC
Market Place Tower
2025 First Avenue, Suite 1150
Seattle, WA 98121-2150
(206) 838-2504 Office
(206) 838-2505 Facsimile
E-mail: dheyrich@heyrichlaw.com
E-mail: plmcguigan@heyrichlaw.com

Dated this 5th day of March, 2009, at Seattle, Washington.

_____
Leslie B. Foltz

NOTICE OF WITHDRAWAL OF COUNSEL - 3
Case No.: 2:08-CV-01810 RAJ

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404